# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-1626 CJC (FFM) | Date | October 15, 2019 |
|---|---|---|---|
| Title | ULISES ZABALETA LANZ v. KEVIN MCALEENAN, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None Present | | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER**

On October 11, 2019, respondent filed a notice that petitioner has been released from immigration custody. Respondent requests that the action be dismissed as moot because petitioner has already received the only relief he seeks in this action, i.e., release from immigration custody. Under these circumstances, the Court orders petitioner to show cause within 21 days of the date of this order why the petition should not be dismissed without prejudice for mootness. A request for entry of dismissal without prejudice will constitute a sufficient response to this order to show cause.

|  | : |
|---|---|
| Initials of Preparer | JM |