JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ULISES ZABALETA LANZ, | ) | No. CV 19-1626 CJC (FFM) |
| Petitioner, | ) | ORDER FOR DISMISSAL OF PETITION WITHOUT PREJUDICE |
| v. | ) | |
| KEVIN MCALEENAN, et al., | ) | |
| Respondents. | ) | |

On August 27, 2019, Ulises Zabaleta Lanz (hereinafter "Petitioner") initiated this action by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (hereinafter "Petition"). Petitioner challenged his detention and sought his release from immigration custody. On October 11, 2019, respondents filed a notice that Petitioner had been released from immigration custody and suggested that the Petition is now moot. The Court issued an order on October 15, 2019, requiring Petitioner to show cause why the action should not be dismissed as moot. Petitioner responded to the Court order by filing a notice of voluntary dismissal without prejudice of this action. Because respondents have not filed an answer to the Complaint or a motion for summary judgment, the

///

///

///

notice is sufficient in and of itself to dismiss the action without further order of this Court. FED. R. CIV. P. 41(a)(1).

IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice.

DATED: November 8, 2019

                                             CORMAC J. CARNEY
                                          United States District Judge

Presented by:

/S/ FREDERICK F. MUMM
   FREDERICK F. MUMM
United States Magistrate Judge